**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 40 EAL 2024

             Respondent                 :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

             v.                             :

                                        :

NEHEEM WILLIAMSON,                   :

                                        :

             Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.